## National Bank of Detroit, Appellant, v. David Sachs, Appellee.

### Gen. No. 42,023.

Heard in second division, first district, this court at October term, 1941; opinion filed May 14, 1942; rehearing denied June 5, 1942. Beckman, Healy, Reid & Hough, for appellant; Daniel M. Healy, of counsel; William Jaffe, for appellee; Harry Jaffe, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''